### HARRISON v. STATE.
· No. 25893.

Court of Criminal Appeals of Texas.
June 4, 1952.

Rehearing Denied Oct. 15, 1952.

——◆——

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant entered his plea of guilty to the charge of driving a motor vehicle while

ıntoxicated. He waived trial by jury and submitted his cause to the court. He was found guilty and his punishment assessed at $100 fine, from which he appeals.

The record brought forward on appeal contains no statement of facts or bill of exception. All proceedings appear to be regular and nothing is presented for our consideration.

The judgment is affirmed.